## Haniak Estate.

Argued May 25, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*William D. Hutchinson,* with him *Chester C. Corse, Jr., and Williamson, Friedberg & Jones,* for appellant.

*Vincent J. Dopko,* Deputy Attorney General, with him *Eugene J. Anastasio,* Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:

The appeal is quashed as interlocutory and the matter is remanded to the court below for disposition of

the exceptions filed on behalf of Sofia Haniak. The attention of the parties is directed to our recent decision in *Demczuk Estate,* 444 Pa. 212, 282 A. 2d 700 (1971). Costs on the estate.